JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARIN, an individual | Case No.:CV-11-05765-JFW-MRWx |
| Plaintiff, | |
| vs. | Hon: John F. Walters |
| GENERAL ELECTRIC MONEY BANK, FSB, a federal savings bank; DEUTSCHE BANK NATIONAL TRUST COMPANY, an unknown business entity, a subsidiary of DEUTSCHE BANK, a Delaware corporation; MORGAN STANLEY & COMPANY. INCORPORATED, a Delaware corporation, SAXON MORTGAGE SERVICES, INC., a Texas corporation; LITTON LOAN SERVICING L.P., a Delaware corporation; T.D. SERVICE CORPORATION, a California corporation; and DOES 1-100 Inclusive, | [PROPOSED] ORDER DISMISSING |
| Defendants. | |

---

[PROPOSED] ORDER DISMISSING COMPLAINT

1

**THE COURT** having reviewed the Joint Stipulation to Dismiss this action in its entirety submitted by defendant DEUTSCHE BANK NATIONAL TRUST COMPANY , as Trustee for the registered holders of MORGAN STANLEY ABS CAPITAL INC. TRUST 2007-HE6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE6 and the plaintiff through their respective Counsel of Record, hereby ORDERS that this action is Dismissed without Prejudice in its entirety and that each side party shall bear their own costs and attorney's fees.

Dated: July 25, 2011

/s/
---
Hon. John F. Walters
Judge, Court room 16
U.S. District Court
Central District

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On July 22, 2011, I served the following document(s):

**[PROPOSED] ORDER DISMISSING DEUTSCHE BANK NATIONAL TRUST COMPANY**

On the following interested parties in this action described as follows:

Paul St. Amant, Esq.
**CONSUMER LEGAL CENTERS**
A Professional Law Corporation
8600 Utica Avenue, Suite 100
Rancho Cucamonga, California 91730
E-mail: paul@consumer-legal-centers.com

☒ **BY ELECTRONIC MAIL**—I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above listed CM/ECF registrants.

Executed on July 22, 2011, in Irvine, California.

_____
Kokie Nguyen

---

[PROPOSED] ORDER DISMISSING COMPLAINT
3